**BUCHALTER,**
**A Professional Corporation**
Jose Patiño (CA Bar No. 149568)
C. Paul Belva (CA Bar No. 330705)
655 West Broadway, Suite 1600
San Diego, California 92101-8494
Telephone: (619) 219-5335
Facsimile: (619) 219-5344
E-mail: jpatino@buchalter.com
pbelva@buchalter.com

Attorneys for Defendant JOHN DOE identified by IP address 72.220.72.236

Lincoln D. Bandlow, Esq. (CA #170449)
Lincoln@BandlowLaw.com
**Law Offices of Lincoln Bandlow, PC**
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Phone: (310) 556-9680
Fax: (310) 861-5550

Attorney for Plaintiff Strike 3 Holdings, LLC

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

STRIKE 3 HOLDINGS, LLC, a Delaware limited liability company,

Plaintiff,

vs.

JOHN DOE infringer using IP address 72.220.72.236, an individual,

Defendant.

Case No. 3:24-cv-00962-RSH-JLB
*Assigned to the Honorable Judge Robert S. Huie and referred to the Honorable Magistrate Judge Jill L. Burkhardt*

**DECLARATION OF C. PAUL BELVA IN SUPPORT OF JOINT MOTION TO EXTEND DEFENDANT'S RESPONSE DEADLINE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 6**

I, C. Paul Belva, declare as follows:

1. I am an adult over the age of eighteen years and an attorney licensed to practice law in California, including in the United States District Court, Southern District of California. I am an associate with the firm Buchalter, APC. Together with counsel Jose Patiño, we are counsel for JOHN DOE identified by IP address 72.220.72.236 ("Defendant") in the above case. I have personal knowledge of the facts contained in this declaration and could competently testify thereto if called upon to do so.

2. Defendant retained Buchalter on April 23, 2025. My office spent the first several days evaluating the First Amended Complaint, discussing Defendant's response and the need for filing a Motion Requesting to Seal my client's identity in this matter.

3. On April 28, 2025, I spoke over the phone with Plaintiff's counsel, Lincoln D. Bandlow. During our call, we discussed the possibility of settlement and continuing Defendant's response date to give the parties more time to explore settlement.

4. Given the timing of my office's retention in this matter, there was insufficient time to request a continuance of Defendant's response date within the seven days required by Magistrate Judge Burkhardt's Civil Chambers Rules, Rule IV(B). As such, I respectfully request a one-time leave from this rule in the Court's granting of the parties' joint motion.

I declare under the penalty of perjury, under the laws of the United States and the State of California, that the foregoing is true and correct. Dated this 28th day of April, 2025.

By: *_/s/ C. Paul Belva_*
C. Paul Belva